PALMER *against* WYLIE and others.

Where a plaintiff brings his action under the "act to extend the jurisdiction of justices of the peace," (sess. 41. ch. 94.) in a justice's Court, and recovers more than 25 dollars, damages, and the defendant appeals *to* a Court of C. P., and on trial in that Court, on the same pleadings, the plaintiff obtains a verdict for more than *fifty* dollars, he is entitled to judgment for the amount assessed by the verdict, though it exceeds the sum to which the jurisdiction of the justice is limited.

PALMER brought an action of *trover* against *Wylie* and others, before a justice of peace, under the "act to extend the jurisdiction of justices of the peace," for *fifty* dollars, damages. The defendants pleaded not guilty ; and demanded a jury trial. The cause was tried, and the jury found a verdict for the plaintiff, for 45 dollars, damages, on which the justice gave judgment, and 5 dollars costs. The defendants appealed to the Court of Common Pleas of *Madison* county ; and on a trial in that Court, on the same pleadings, the jury found a verdict for the plaintiff for *sixty-nine* dollars and 75 cents, damages, whereupon the plaintiff's counsel prayed judgment according to the verdict. The counsel for the defendants objected, that the plaintiff having elected to bring his action in a Court whose jurisdiction was limited to the amount of 50 dollars, he could not, on appeal from the judgment of that Court, recover more than that sum, together with the costs of the appeal. The counsel of the parties agreed to a case containing the facts above stated, to be submitted to this Court, for its decision on the question, by which they agreed to be bound, and that the Court below might enter judgment accordingly.

SPENCER, Ch. J. delivered the opinion of the Court. It is contended, on the part of the defendants, 1. That the plaintiff, by resorting to a Court whose jurisdiction was limited to 50 dollars, is concluded from alleging or claiming a greater amount of damages.

2. That having, in his declaration in the Justice's Court, concluded to his damages of fifty dollars, he is estopped from claiming more.

We have already decided, that the appellee can recover a larger sum on appeal than he had recovered in the Court below. In my opinion, the act extending the juris-

diction of justices of the peace, settles the question. The 19th section of the act (sess. 41. ch. 94.) declares, that the Court of Common Pleas, after it has possessed itself of " the cause by the appeal, upon default of either party, or upon hearing, as the case may be, shall proceed and give judgment according as the very right of the case shall appear, without regard to the previous trial had thereon." This dispenses with all matter of form, and every thing inconsistent with the mere justice of the case between the parties. We are of opinion, therefore, that the plaintiff is entitled to judgment on the verdict found in the Court of Common Pleas.